UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD LYNN WADSWORTH, | ) | |
| ID # 09085522, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| VS. | ) | 3:10-CV-0219-G (BH) |
| | ) | |
| LUPE VALDEZ, ET AL., | ) | **ECF** |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation, this action will proceed only on plaintiff's claim against Dr. Zia Rehman ("Dr. Rehman").

By separate order, the court will formally dismiss all other claims and order that Dr. Rehman be served.

    **SO ORDERED**.

April 21, 2010.

_____
**A. JOE FISH**
**Senior United States District Judge**