UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD LYNN WADSWORTH, ) | | |
| ID # 09085522, ) | | |
| ) | | |
| Plaintiff, ) | CIVIL ACTION NO. | |
| ) | | |
| VS. ) | 3:10-CV-0219-G (BH) | |
| ) | | |
| ZIA REHMAN, M.D., ) | **ECF** | |
| ) | | |
| Defendant. ) | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation, plaintiff's motion for federal injunction, received August 13, 2010 (docket entry 35) is **DENIED**.

**SO ORDERED**.

September 20, 2010.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**